UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EPILEPSY AND NEUROPHYSIOLOGY
MANAGEMENT SERVICES,

                Plaintiff,

    -against-

ANTHEM BLUE CROSS BLUE SHIELD
f/k/a EMPIRE BLUE CROSS BLUE SHIELD,

            Defendant.

25-CV-6526 (JGLC)

**SCHEDULING ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On August 7, 2025, Plaintiff filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Plaintiff shall file any additional materials with which they intend to support their petition to confirm, such as a memorandum of law, by **October 10, 2025**. Defendant's opposition, if any, is due by **October 31, 2025.** Plaintiff's reply, if any, is due by **November 14, 2025.**

If Respondent has not appeared in this action by **October 10, 2025**, Plaintiff shall serve the complaint and all supporting papers, as well as this Order, upon Defendant electronically and by overnight mail no later than **October 15, 2025**, and shall file an affidavit of such service with the Court no later than **October 16, 2025.**

Dated:  September 3, 2025
       New York, New York

                SO ORDERED.

                JESSICA G. L. CLARKE
                United States District Judge